# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:19-cv-00044-MR

| | |
|---|---|
| EDWARD WILLIAMS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU SICIAK, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* on the Court's partial denial of Defendants' Motion for Summary Judgment.

The parties are directed to notify the Court within fourteen (14) days of this Order whether they consent for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial.

The parties are advised that, should a judicial settlement conference be undertaken in this matter to facilitate settlement, there is no requirement that the case settle through such a conference. Rather, if a judicial settlement conference were unsuccessful, the matter would proceed to trial. Should the parties not agree to a judicial settlement conference in this matter, the matter will be set for trial to occur as soon as feasible.

## **ORDER**

**IT IS THEREFORE ORDERED** that the parties shall notify the Court within fourteen (14) days of this Order whether they consent to a judicial settlement conference in this matter.

**IT IS SO ORDERED.**

Signed: June 7, 2021

Martin Reidinger
Chief United States District Judge