IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-00044-MR

| | |
|---|---|
| EDWARD WILLIAMS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ARTHUR SICIAK ) | |
| ) | |
| Defendant. ) | |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 50.

A judicial settlement conference is set for **Thursday, July 15, 2021** beginning at 1:00 p.m.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Pender Correctional Institution, Plaintiff's present place of incarceration. Pender Correctional Institution shall ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference. To the extent possible, Plaintiff shall be allowed to participate in the settlement conference in a private setting and with access to his/her case materials.

Defendant and his counsel may participate in the conference from any location they deem appropriate, provided that Defendant and his counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendant, to the extent Defendant himself does not have such authority. Any such person shall also participate using the same conference line as Defendant and his counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than July 6, 2021 or be subject to summary denial.

The Clerk is respectfully directed to certify a copy of this Order to Ms. Crystal Williams at Pender Correctional Institution.

It is so ordered.

Signed: June 24, 2021

W. Carleton Metcalf
United States Magistrate Judge