IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00044-GCM

| | |
|---|---|
| EDWARD WILLIAMS III,<br><br>**Plaintiff,**<br><br>v.<br><br>ARTHUR SICIAK,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Due to a serious family circumstance involving one of the key participants in this matter, the trial set for February 22, 2022 must be continued. The Court will reset the trial by separate order.

**IT IS THEREFORE ORDERED** that:

1. Trial in this matter is **CONTINUED** to a date to be set by separate order.
2. The writ of habeas corpus ad testificandum for Mr. Williams (ECF No. 63) is **VACATED**.
3. The Clerk is respectfully directed to **TRANSMIT A COPY** of this Order to all parties; the U.S. Marshal; the Warden of the Pender Correctional Institution, Box 1058, Burgaw, NC 28425; and Joyce Meadows, NCDPS Administrative Specialist for Writs, joyce.meadows@ncdps.gov.

**SO ORDERED**.

Signed: February 18, 2022

Graham C. Mullen
United States District Judge