IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00044-GCM

| | |
|---|---|
| **EDWARD WILLIAMS III,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **ARTHUR SICIAK,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on its own motion. Trial in this matter was previously continued on February 18, 2022, after a family emergency involving a key participant. The Court seeks to ascertain when this matter may be tried.

**IT IS THEREFORE ORDERED** that the parties **FILE A JOINT NOTICE** with the Court no later than April 1, 2022 advising the Court when the matter may be reset.

**SO ORDERED**.

Signed: March 22, 2022

Graham C. Mullen
United States District Judge