IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00044-GCM

| | |
|---|---|
| EDWARD WILLIAMS III, **Plaintiff**, v. ARTHUR SICIAK, **Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Trial in this matter was previously continued. The parties have advised the Court that they are ready to proceed with trial during the weeks of May 23, 2022 and May 30, 2022.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to May 31, 2022 at 10:00 AM. The trial is expected to take two days. All pretrial filing deadlines remain in effect as set forth in the Court's previous pretrial orders.

**SO ORDERED**.

Signed: April 5, 2022

Graham C. Mullen
United States District Judge