IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00044-GCM

| | |
|---|---|
| **EDWARD WILLIAMS III,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ARTHUR SICIAK,**<br><br>    **Defendant.** | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

    TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.

    TO: Warden, Pender Correctional Institution, Burgaw, North Carolina.

    **IT IS ORDERED** that the Warden of the Pender Correctional Institution have the body of **Edward Williams, III**, offender number **1300182**, now incarcerated at the Pender Correctional Institution, under safe and secure conduct before the undersigned Senior United States District Judge Graham C. Mullen, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before **May 31, 2022, at 10:00 a.m.**, to be present for the trial in this matter. Mr. Williams' trial is scheduled to begin at **10:00 a.m. on Tuesday, May 31, 2022**, in the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202.

    Because Mr. Williams is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Williams while he is in the courthouse. The Warden of the Pender Correctional Institution shall be responsible for having sufficient state law enforcement officers to be present at all times, and shall be responsible for maintaining custody of, and ensuring safe and secure conduct by, Mr. Williams for the duration of

the trial in this matter.  **The Warden of the Pender Correctional Institution shall ensure that Mr. Williams is present for each and every day of trial until the trial is completed.**

**IT IS, THEREFORE, ORDERED** that the Warden at the Pender Correctional Institution must transport Plaintiff Edward Williams, III, so that he is present for trial to begin on **Tuesday, May 31, 2022 at 10:00 a.m.**, and then return him to the Pender Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the U.S. Marshal, the Warden of the Pender Correctional Institution, at P.O. Box 1058, Burgaw, North Carolina 28425, and Joyce Meadows, Administrative Specialist for Writs, at joyce.meadows@ncdps.gov.

**SO ORDERED.**

Signed: April 5, 2022

Graham C. Mullen
United States District Judge