# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00044-GCM

| | |
|---|---|
| EDWARD WILLIAMS III, <br><br> **Plaintiff,** <br><br> v. <br><br> ARTHUR SICIAK, <br><br> **Defendant.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. After Plaintiff's counsel withdrew on the eve of trial, the Court continued the earlier trial date and gave Plaintiff a deadline of July 15 for a new attorney to enter an appearance. Counsel for Mr. Williams have timely appeared, and the Court is prepared to set a new trial date.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to October 3, 2022, at 10:00 am. An amended final pretrial order and a writ of habeas corpus ad testificandum shall follow by separate orders.

**SO ORDERED**.

Signed: July 20, 2022

Graham C. Mullen
United States District Judge