UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-44-GCM

| EDWARD WILLIAMS, III, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| SUSAN WHITE, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on its own motion. Trial in this matter was previously continued. It appears that the matter is now ready to proceed to trial.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to March 13, 2023 at 10:00 AM in Charlotte. The trial is expected to take two days. All pretrial filing deadlines remain in effect as set forth in the Court's previous pretrial orders.

**SO ORDERED**.

Signed: January 18, 2023

Graham C. Mullen
United States District Judge