UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-44-GCM

| | |
|---|---|
| EDWARD WILLIAMS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD TESTIFICANDUM** |
| SUSAN WHITE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TO:** U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.

**TO:** Warden, Pender Correctional Institution, Burgaw, North Carolina.

**IT IS ORDERED** that the Warden of the Pender Correctional Institution, have the body of **Edward Williams, III,** offender number **1300182**, now incarcerated at the Pender Correctional Institution, under safe and secure conduct before the undersigned United States District Judge Graham C. Mullen, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before **March 13, 2023, at 10:00 a.m.**, to be present for the trial in this matter. Mr. Williams's trial is scheduled to begin at **10:00 a.m. on Monday, March 13, 2023**, in Courtroom #8 of the United States Courthouse, 401 W. Trade Street, **Charlotte**, North Carolina 28202.

Because Mr. Williams is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Williams while he is in the courthouse. The Warden of Pender Correctional Institution shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. Williams for the duration of

1

the trial in this matter. **The Warden of Pender Correctional Institution shall ensure that Mr. Williams is present for each and every day of trial until the trial is completed**.

**IT IS, THEREFORE, ORDERED** that the Warden at the Pender Correctional Institution must transport Plaintiff Edward Williams, III, so that he is present for trial to begin on **Monday, March 13, 2023 at 10:00 a.m.,** and then return him to the Pender Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to transmit a copy of this Order to all parties; the U.S. Marshal; the Warden of the Pender Correctional Institution, Box 1058, Burgaw, NC 28425; and Joyce Meadows, NCDPS Administrative Specialist for Writs, joyce.meadows@ncdps.gov.

Signed: January 18, 2023

Graham C. Mullen
United States District Judge