# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Edward Williams III, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:19-cv-00044-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Arthur Siciak, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's March 15, 2023 Verdict.

March 16, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court